| | |
|---|---|
| 1 | MELINDA HAAG (CSBN 132612)<br>United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 3 | JAMES A. SCHARF (CSBN 152171)<br>Assistant United States Attorney |
| 4 | |
| 5 | 150 Almaden Boulevard, Suite 900<br>San Jose, CA 95113<br>Telephone: (408) 535-5044 |
| 6 | FAX: (408) 535-5081<br>James.Scharf@usdoj.gov |
| 7 | Attorneys for Defendant United States Department of Education[1] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RANDY CHAPEL,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT<br>OF EDUCATION,<br><br>    Defendant. | **CASE NO. CV 11-04344 PSG** |
| CAROL NYE-WILSON,<br>DALE WILSON<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT<br>OF EDUCATION,<br><br>    Defendant. | **CASE NO. CV 11-05678 HRL**<br><br>**ADMINISTRATION MOTIONS TO CONSIDER WHETHER CASES SHOULD BE RELATED AND TO EXTEND TIME TO RESPOND TO COMPLAINT; SUPPORTING DECLARATION; [~~PROPOSED~~] ORDER** |

PLEASE TAKE NOTICE that, pursuant to Civil L. R. 3-12 and Civil L. R. 7-11, Defendant United States Department of Education hereby moves the Court for an order finding

---

[1] Counsel for the defendant in Case No. CV 11-05678 HRL specially appears for the purposes of this motion only.

that the above-referenced cases are related.

These FOIA actions should be related because the actions concern substantially similar FOIA requests. Litigating these cases before different judges would not be an efficient use of the Court's resources and could result in inconsistent judgments. *See* Civil L.R. 3-12(a). Accordingly, defendant requests that these cases be found to be related and that the later-filed case, CV 11-05678 HRL, be reassigned to Magistrate Judge Grewal for future her handling. <u>Plaintiffs in both cases have consented in writing to having Magistrate Judge Grewal handle both cases.</u>

In addition, defendant hereby moves the Court for an order extending the time for defendant to respond to the complaint in CV 11-05678 HRL, which is now due on January 3, 2012. Defendant intends to respond to plaintiffs' outstanding FOIA requests on or about December 23, 2011. Defendant's response to the complaint in CV 11-05678 HRL is currently due January 3, 2012. As it did in CV 11-04344, defendant intends to file a motion to dismiss rather than an answer on the grounds that the lawsuit is moot. However, in order prepare that motion, defendant would like to receive the Court's anticipated order on defendant's motion to dismiss in CV 11-04344 PSG as said order may address the reasonableness of defendant's search efforts and thus affect defendant's arguments.

In addition, defense counsel AUSA James A. Scharf will be on vacation during the week of December 26, 2011 and agency counsel Jill Siegelbaum will be out of the office from December 23 through December 29, 2011. Because of their unavailability during this period of time, it will be very difficult for defendant to file a motion on January 3, 2012.

In addition, the requested extension would afford the parties additional time to meet and confer regarding the sufficiency of December 23, 2011 response to plaintiffs' outstanding FOIA requests prior to filing its motion.

Accordingly, defendant requests that the Court issue an order requiring defendant to respond to plaintiffs' complaint in CV 11-05678 HRL within 30 days of the filing of its order on defendant's motion to dismiss in CV 11-04344 PSG. Alternatively, defendant requests that the Court grant defendant an additional thirty days to respond to the complaint to and including

February 2, 2012.

Dated: December 16, 2011                    Respectfully submitted,

                                            MELINDA HAAG
                                            United States Attorney


                                            _____/S/_____
                                            James A. Scharf
                                            Assistant United States Attorney


## DECLARATION OF JAMES A. SCHARF

I, James A. Scharf, declare as follows:

1.  I am an attorney in good standing with the bar of this Court. I represent defendant United States Department of Education in CV 11-04344 PSG and currently expect to represent defendant United States Department of Education in CV 11-05678 HRL. This declaration is made in support of the Administrative Motions to Determine Whether Cases Should Be Related in accordance with Civil Local Rule 3-12 and Civil Local Rule 7-11 and to Extend Time to Respond to Complaint.

2.  The matters stated in this declaration are true of my own personal knowledge and/or review of my files and, if necessary, I could and would competently testify to them.

3.  Both CV 11-04344 PSG and CV 11-05678 HRL are FOIA lawsuits based on substantially similar FOIA requests. Further, Ms. Nye-Wilson is Randy Chapel's mother and it appears that Mr. Chapel is helping Ms. Nye-Wilson and Dale Wilson make FOIA requests and litigate their action. Accordingly, defendant requests an order finding these cases related and transferring the later-filed action to Magistrate Judge Grewal. Plaintiffs in both cases have consented in writing to having Magistrate Judge Grewal handle both cases.

4.  Defendant intends to respond to Ms. Nye-Wilson's and Dale Wilson's outstanding FOIA requests on or about December 23, 2011. Defendant's response to their complaint is currently due January 3, 2012. As it did in CV 11-04344 PSG, defendant intends to file a motion to dismiss on the grounds that their lawsuit is moot. However, in order to prepare that motion, defendant would like to receive the Court's anticipated order on defendant's motion to dismiss in

CV 11-04344 (heard December 6, 2011) as said order may address the reasonableness of defendant's document search efforts and thus affect defendant's arguments.

5. In addition, defense counsel AUSA James A. Scharf will be on vacation during the week of December 26, 2011 and agency counsel Jill Siegelbaum will be out of the office from December 23 through December 29, 2011. Because of their unavailability during this period of time, it will be very difficult for defendant to file a motion on January 3, 2012.

6. Granting this request would also afford the parties additional time to meet and confer about the sufficiency of defendant's anticipated December 23, 2011 response to plaintiffs' outstanding FOIA requests.

7. Accordingly, defendant requests that the Court issue an Order requiring defendant to respond to plaintiffs' complaint in CV 11-05678 HRL within 30 days of the filing of its order on defendant's motion to dismiss in CV 11-04344 PSG. Alternatively, defendant requests that the Court extend the time to respond to the complaint by 30 days to and including February 2, 2012.

8. By e-mail sent December 14, 2011, I asked Randy Chapel and Carol Nye-Wilson whether they objected to the relief requested by these administrative motions. All of the plaintiffs replied that they consented to having both cases handled by Magistrate Judge Grewal. As of this filing, plaintiffs Carol Nye-Wilson and Dale Wilson have not yet advised defendant whether or not they object to the requested extension of time to respond to their complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 16, 2011, at San Jose, California.

                                                  /S/
                                      James A. Scharf

[~~PROPOSED~~] ORDER

An Administrative Motion to Consider Whether Cases Should Be Related has been filed stating that the following cases are related within the meaning of Civil L.R. 3-12: Chapel v. United States Department of Education, CV 11-04344 PSG and Nye-Wilson, et al., v. United States Department of Education, CV 11-05678 HRL.

On the basis of the material submitted to the Court and the Court's own files in the two cases, as the Judge assigned to the earliest filed case, I find that the cases ARE RELATED as defined by Civil L.R. 3-12. Accordingly, the Clerk of Court is ordered to reassign the later-filed action to the undersigned. Counsel are instructed that all future filings are to bear the initials PSG immediately after the case number. All case management dates and events presently scheduled in the reassigned case are vacated.

Defendant's response to plaintiffs' complaint in CV 11-05678 HRL shall be due within thirty days of the filing of the Court's order on defendant's motion to dismiss in CV 11-04344 PSG.

Good cause appearing, it is so ordered.

DATED:   1/2/2012   , ~~2011~~      *Paul S. Grewal*

PAUL S. GREWAL
United States District Court Magistrate Judge

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**ADMINISTRATION MOTIONS TO CONSIDER WHETHER CASES SHOULD BE RELATED AND TO EXTEND TIME TO RESPOND TO COMPLAINT; SUPPORTING DECLARATION; [PROPOSED] ORDER**

**RANDY CHAPEL v. UNITED STATES DEPARTMENT OF EDUCATION**
CV 11-04344 PSG

**CAROL NYE-WILSON; DALE WILSON v. UNITED STATES DEPARTMENT OF EDUCATION**
CV 11-05678 HRL

to be served this date upon the party(ies) as follows:

√   **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

to the parties addressed as follows:

**Randy Chapel**
**PO Box 1050**
**Boulder Creek, CA 95006**

**Carol Nye-Wilson**
**610 West Drive**
**Boulder Creek, CA 95006**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of December 2011, at San Jose, California.

/s/
_____
Mimi Lam
Legal Assistant