1   CAROL NYE-WILSON AND DALE WILSON
    610 West Dr.
2   Boulder Creek, CA 95006
    Cell: 808/968-7423
3   Email: carolnyewilson@gmail.com

4

5   In Pro Per

6                   UNITED STATES DISTRICT COURT

7            FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                       SAN JOSE DIVISION

9   CAROL NYE-WILSON, DALE WILSON,          CASE NO. CV 11-05678 PSG

10                      Plaintiffs,

11      vs.                                  **REQUEST TO PARTICIPATE IN INITIAL
                                             CASE MANAGEMENT CONFERENCE
12  UNITED STATES DEPARTMENT OF             TELEPHONICALLY; [xxxxxxxxx   ] ORDER
    EDUCATION,                               THEREON**
13
                        Defendants.
14

15

16          Pursuant to Local Rule 16-10, Plaintiffs CAROL NYE-WILSON and DALE WILSON

17  ("Plaintiffs") hereby requests that the Court permit Plaintiff CAROL NYE-WILSON to participate

    in the Case Management Conference telephonically.
18
            Plaintiffs are currently located in Hawaii. Dale is 100% disabled and 61, while Carol is
19
    nearly 72. Plaintiffs therefore seek the court's permission to appear telephonically to preserve
20
    resources of the Plaintiffs, which have been severely impacted by events as described in the
21
    operative Complaint and as outlined in the tort case to be filed.
22
            Plaintiffs conferred with Defendant's counsel, JAMES A. SCHARF, Esq., via email on
23
    February 24, 2012 and Defendant's counsel had no objections to this request.

24
    Dated: February 24, 2012                  Respectfully submitted,
25

26                                            By: /s/    Carol Nye-Wilson

27                                            610 West Dr.
                                              Boulder Creek, CA 95006
28                                            Cell: 808/968-7423

                                           - 1 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Email: carolnyewilson@yahoo.com

By: /s/    Dale Wilson

610 West Dr.
Boulder Creek, CA 95006
Cell: 808/968-7423
Email: docdale6@gmail.com

In Pro Per

1

**[ xxxxxxx ] ORDER**

2    The above REQUEST TO PARTICIPATE IN INITIAL CASE MANAGEMENT

3    CONFERENCE TELEPHONICALLY & PROPOSED ORDER is granted. [In addition, the Court

4    makes the further orders stated below:]

     Plaintiff's are instructed to contact CourtCall at 866-582-6878 to arrange for

5    telephonic appearance.

6

7

8    IT IS SO ORDERED.

9    Dated: _February 27, 2012_                    Paul S. Grewal _____

10                                                 MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -