1  CAROL NYE-WILSON AND DALE WILSON
2  610 West Dr.
   Boulder Creek, CA 95006
3  Cell: 808/968-7423
   Email: carolnyewilson@gmail.com
4
5  In Pro Per

6              UNITED STATES DISTRICT COURT
7          FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                    SAN JOSE DIVISION

| | |
|---|---|
| CAROL NYE-WILSON, DALE WILSON,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendants. | CASE NO. CV 11-05678 PSG<br><br>**REQUEST TO PARTICIPATE IN INITIAL CASE MANAGEMENT CONFERENCE TELEPHONICALLY; [xxxxxxxx ] ORDER THEREON** |

Pursuant to Local Rule 16-10, Plaintiffs CAROL NYE-WILSON and DALE WILSON ("Plaintiffs") hereby requests that the Court permit Plaintiff CAROL NYE-WILSON to participate in the Case Management Conference telephonically.

Plaintiffs are currently located in Hawaii. Dale is 100% disabled and 61, while Carol is nearly 72. Plaintiffs therefore seek the court's permission to appear telephonically to preserve resources of the Plaintiffs, which have been severely impacted by events as described in the operative Complaint and as outlined in the tort case to be filed.

Plaintiffs conferred with Defendant's counsel, JAMES A. SCHARF, Esq., via email on February 24, 2012 and Defendant's counsel had no objections to this request.

Dated: February 24, 2012                    Respectfully submitted,


                                            By: /s/    Carol Nye-Wilson
                                            610 West Dr.
                                            Boulder Creek, CA 95006
                                            Cell: 808/968-7423

20120224_ReqCMCTelephonically

- 1 -

Email: carolnyewilson@yahoo.com

By: /s/    Dale Wilson

610 West Dr.
Boulder Creek, CA 95006
Cell: 808/968-7423
Email: docdale6@gmail.com

In Pro Per

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# [ xxxxxxx ] ORDER

The above REQUEST TO PARTICIPATE IN INITIAL CASE MANAGEMENT CONFERENCE TELEPHONICALLY & PROPOSED ORDER is granted. [In addition, the Court makes the further orders stated below:]

Plaintiff's are instructed to contact CourtCall at 866-582-6878 to arrange for telephonic appearance.

IT IS SO ORDERED.

Dated: February 27, 2012

*Paul S. Grewal*
MAGISTRATE JUDGE

- 3 -

20120224_ReqCMCTelephonically