UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAROL NYE-WILSON, ET AL., ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> EDUCATION, ) <br> ) <br> Defendant. ) <br> _____) | Case No.: C-11-05678 PSG <br><br> **ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE** |

The case management conference is continued to April 24, 2012 at 2PM.

**IT IS SO ORDERED**.

Dated: 3/14/2012

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No.: C 11-5678 PSG
ORDER