1
2
3
4
5
6
7
8
9                             UNITED STATES DISTRICT COURT
10                            NORTHERN DISTRICT OF CALIFORNIA
11                                    SAN JOSE DIVISION
12

13 | CAROL NYE-WILSON, ET AL.,          )    Case No.: C-11-05678 PSG
                                        )
14 |          Plaintiffs,                )   **ORDER SETTING FURTHER CASE**
           v.                            )   **MANAGEMENT CONFERENCE**
15 |                                     )
   UNITED STATES DEPARTMENT OF           )
16 | EDUCATION,                          )
                                         )
17 |          Defendant.                 )
   _____)
18

19    The case management conference is continued to April 24, 2012 at 2PM.

20    **IT IS SO ORDERED**.

21
   Dated: 3/14/2012
22
                                            _____
23                                          PAUL S. GREWAL
                                            United States Magistrate Judge
24
25
26
27
28

Case No.: C 11-5678 PSG
ORDER